SLIP OPINION Cite as 2015 Ark. App. 403

# ARKANSAS COURT OF APPEALS

DIVISION III
**No.** CV–15–167

| | |
|---|---|
| STEPHANIE BRADSHAW<br>APPELLANT | **Opinion Delivered** June 17, 2015 |
| | APPEAL FROM THE SALINE COUNTY CIRCUIT COURT<br>[NO. 63JV-13-83] |
| V. | |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILD | HONORABLE GARY ARNOLD, JUDGE |
| APPELLEES | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## PHILLIP T. WHITEAKER, Judge

This appeal is from a Saline County Circuit Court order terminating Stephanie Bradshaw's parental rights to her daughter, C.K.[1] Appellant's counsel has filed a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court and Court of Appeals Rule 6-9(i) (2014), addressing all rulings decided adversely to Bradshaw—including the decision to terminate—and asserting that there are no issues that would support a meritorious appeal. Counsel has also filed a motion asking to be relieved as counsel. The clerk of this court sent copies of the motion and brief to Bradshaw, advising her that she had the right to file pro se points for reversal. She has not done so.

---

[1] The court also terminated the parental rights of Jose Ibarra, the putative father of C.K. He has not appealed that determination and is not a party to this appeal.

After carefully examining the record and the no-merit brief, we conclude that counsel has complied with the requirements established by the Arkansas Supreme Court for no-merit appeals in termination cases and that the appeal is wholly without merit. Accordingly, we affirm by memorandum opinion the termination of Ms. Bradshaw's parental rights. *See In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e) (2014). Counsel's motion to withdraw is granted.

Affirmed; motion to withdraw granted.

KINARD and HOOFMAN, JJ., agree.

*Suzanne Ritter Lumpkin*, Arkansas Public Defender Commission, for appellant.

No response.